RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MAY 20 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES OF AMERICA
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 18 U.S.C. § 922(o)(1) |
| v. | **6:26-CR-00203** |
| TRAWAYNE MANUEL, | **JUDGE SUMMERHAYS**<br>**MAGISTRATE JUDGE WHITEHURST** |
| Defendant | |

<u>INDICTMENT</u>

The Federal Grand Jury charges:

**<u>COUNT 1</u>**
**Illegal Possession of a Machinegun**
[18 U.S.C. § 922(o)(1)]

On or about August 3, 2025, in the Western District of Louisiana, the defendant,

**TRAWAYNE MANUEL,**

did knowingly possess a machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United States Code Section 921(a)(24), in that the defendant possessed a Glock pistol, Model: 19; caliber: 9mm with an auto sear affixed, while knowing that the machinegun was a machinegun as defined and being aware of the machinegun's essential characteristics that made it a machinegun as defined, in violation of Title 18, United States Code, Sections 922(o)(1).

**<u>FORFEITURE NOTICE</u>**

A. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of

America of certain property to which the defendant TRAWAYNE MANUEL has an interest.

B. Upon conviction of a violation of Title 18, United States Code, Section 922, or any other criminal law of the United States of America, as alleged in this Indictment, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

C. The property subject to forfeiture as a result of the alleged offenses includes, but is not limited to, to the following:

1.) Glock pistol, Model: 19; caliber: 9mm;

2.) Approximately 77 rounds of ammunition; and

3.) Auto-sear

All pursuant to Title 18, United States Code, Section 924(d), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

**REDACTED**

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

E. ASHLEY HAMMONS
ASSISTANT UNITED STATES ATTORNEY